**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE<br><br>**PATRICK WOLFSOHN AND STEPHANIE WOLFSOHN,**<br><br>Debtors. | CASE NUMBER<br><br>**19-55240-jwc**<br><br>CHAPTER 13 |

**CERTIFICATE OF MANNER OF SERVICE UNDER RULE 7004**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on March 16, 2020, I served a copy of the Chapter 13 Plan on the following creditors via first class mail with sufficient postage, unless otherwise noted:

Todd Nidey as Trustee
120 B Allen Road
Atlanta, GA 30328

PHH Mortgage Services
c/o Glen A. Messina, President and CEO
1 Mortgage Way
Mount Laurel, NJ 08054

PHH Mortgage Services
c/o Glen Messina, President and CEO
PO Box 5469
Mount Laurel, NJ 08054

Whitehawk Community Assoc, Inc
C/O Shaben and Associates (registered agent)
3933 Lawrenceville Suwanee Rd
Suwanee, GA 30024

Charles W. Scharf, CEO and President
Wells Fargo Bank NA as Trustee
for MASTR Asset Back 2005-OPT1
9062 Old Annapolis Road
Columbia, MD 21045
(via certified mail, return receipt)

Charles W. Scharf, CEO and President
Wells Fargo Bank, NA Trustee
for MASTR Asset Back 2005-OPT1
101 North Phillips Ave.
Sioux Falls, SD 57104
(via certified mail, return receipt)

Dated: March 16, 2020

ATLANTA LEGAL AID SOCIETY, INC.

By: /s/ Sarah B. Mancini
Sarah B. Mancini

Georgia Bar No. 319930
246 Sycamore Street, Suite 120
Decatur, Georgia 30030
(770) 817-7517
sbmancini@atlantalegalaid.org